THIRD DEPARTMENT, NOVEMBER TERM, 1880.

ROBERT BLISS, RESPONDENT, v. ELLEN E. BLISS AND OTHERS, APPELLANTS, IMPLEADED, &C..
Judgment affirmed, with costs.

FREDERICK LOEFFLER, RESPONDENT, v. JOHN L. FOX AND LEVI FOX, APPELLANTS.
Judgment affirmed, with costs.
Memorandum by LEARNED, P. J.

JOSEPH FOXELL AND THOMAS JONES, APPELLANTS, v. GEORGE W. FLETCHER, RESPONDENT.
Judgment affirmed, with costs.

HENRY G. LAPHAM AND OTHERS, RESPONDENTS, v. THE CHROME STEEL COMPANY, APPELLANT.
Judgment reversed, new trial granted; referee discharged; costs to abide event.
Opinion by BOCKES, J.

LEWIS C. B. GRAVELINE v. SHUBELL KELLY.
Judgment affirmed, with costs.
Opinion by BOCKES, J.

BENAJAH TYRRELL AND DARWIN L. WEEKS, APPELLANTS, v. FRANCES J. PEREAU, RESPONDENT.
Judgment affirmed, with costs.
Opinion by LEARNED, P. J.

CALVIN L. HATHAWAY AND OTHERS, RESPONDENTS, v. OLIVER PORTER AND OTHERS, APPELLANTS.
Judgment affirmed, with costs; and order affirmed, with $10 costs, and printing disbursements.

ALFRED N. RUSS, AS OVERSEER OF THE POOR OF THE TOWN OF PALATINE, RESPONDENT, v. PHILIP FAILING, APPELLANT.
Judgment affirmed, with costs.
Opinion by BOARDMAN, J.